**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST HORIZON HOME LOANS, et al. | Case No. 2:15-cv-01262-JAD-NJK |
| Plaintiff | |
| v. | **Order Discharging Obligations under the Order to Show Cause Why this Case Should Not Be Dismissed for Want of Subject-matter Jurisdiction** |
| DAY DAWN CROSSING HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

Questioning the sufficiency of the citizenship allegations in the complaint, I ordered plaintiff to show cause why this case should not be dismissed for want of subject-matter jurisdiction. ECF No. 28. Plaintiff and defendant SFR Investments Pool 1, LLC timely responded. *See* ECF Nos. 31, 32. Although neither response demonstrated to my satisfaction a basis for finding subject-matter jurisdiction, my closer review of the complaint reveals that plaintiff is challenging the constitutionality of NRS Chapter 116 and has thus presented a federal question on the face of the properly pleaded complaint that gives this court jurisdiction to hear this case. *See Hall v. N. Am. Van Lines, Inc*, 476 F.3d 683, 687 (9th Cir. 2007) ("The presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintif"'s properly pleaded complaint."); ECF No. 1 at 7-9.

Accordingly, with good cause appearing, IT IS HEREBY ORDERED that plaintiff's obligations under the order to show cause [ECF No. 28] are deemed to have been discharged.

Dated: April 20, 2016.

_____
Jennifer A. Dorsey
United States District Judge