HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@kgelegal.com
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank, N.A., a national association;<br><br>                Plaintiff,<br>vs.<br><br>DAY DAWN CROSSING HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | Case No. 2:15-cv-1262-JAD-NJK<br><br>**SFR INVESTMENTS POOL 1, LLC'S SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                Counter-Claimant,<br>vs.<br><br>FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>                Counter-Defendant/Cross-Defendant. | |

Pursuant to Local Rule 7.1-1 of the U.S. District Court of Nevada, the undersigned counsel for SFR Investments Pool 1, LLC hereby certifies that the following have an interest in the outcome of this case:

- 1 -

1. SFR Investments Pool 1, LLC is wholly owned by SFR Investments, LLC. SFR Investments, LLC is a Nevada limited liability company

2. SFR Investments, LLC is wholly owned by SFR Funding, LLC. SFR Funding, LLC is a Delaware limited liability company.

3. SFR Funding, LLC is wholly owned by Xiemen Limited Partnership. Xiemen Limited Partnership is a Canadian entity.

4. Xiemen Limited Partnership is comprised of two partners: Xiemen Investments, Ltd. and John Gibson.

5. Xiemen Investments, Ltd. is a Canadian corporation and John Gibson is domiciled in South Africa.

6. There is no publically held corporation owning more than 10% of Xiemen Investments, Ltd.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 12th day of May, 2016.

**KIM GILBERT EBRON**

*/s/ Howard C. Kim*
HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

- 2 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of May 2016, pursuant to FRCP 5, I served via the CM-ECF electronic filing system the foregoing **SFR INVESTMENTS POOL 1, LLC'S SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES** to the following parties:

Ariel E. Stern, Esq.
Melanie D. Morgan, Esq.
Christine Parvan, Esq.
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
ariel.stern@akerman.com
melanie.morgan@akerman.com
christine.parvan@akerman.com
*Attorneys for First Horizon Home Loans, a Division of First Tennessee Bank, N.A. and Nationstar Mortgage, LLC*

Michael J. Nunez, Esq.
Ian M. McMenemy, Esq.
MURCHISON & CUMMING, LLP
6900 Westcliff Drive, Suite 605
Las Vegas, Nevada 89145
imcmenemy@murchisonlaw.com
kwilson@murchisonlaw.com
*Attorneys for Day Dawn Crossing Homeowners Association*

/s/ Jeremy R. Beasley
An employee of Kim Gilbert Ebron