DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank, N.A., a national association;<br><br>                Plaintiff,<br>vs.<br><br>DAY DAWN CROSSING HOMEOWNERS ASSOCIATION; SFR INVESTMENT POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | Case No. 2:15-cv-1262-JAD-NJK<br><br>**STIPULATION AND ORDER OF DIMISSAL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>                Counter-Claimant,<br>vs.<br><br>FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company,<br><br>                Counter-Defendant/Cross-Defendant. | |
| DAY DAWN CROSSING HOMEOWNERS ASSOCIATION,<br><br>                Counter-Claimant,<br>vs.<br><br>FIRST HORIZON HOME LOANS, a Division of First Tennessee Bank, N.A., a national association, | |

Counter- Defendant.

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel of record, Kim Gilbert Ebron and Nationstar Mortgage, LLC, by and through its counsel of record, Akerman, LLP hereby stipulate that all claims against Nationstar Mortgage, LLC shall be dismissed, with each side bearing their own attorneys fees and costs.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna Witting* | */s/ Karen L. Hanks* |
| MELANIE MORGAN, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10580 |
| DONNA WITTIG, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 11015 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | KAREN L. HANKS, ESQ. |
| Las Vegas, Nevada 89144 | Nevada Bar No. 009578 |
| Telephone: (702) 634-5000 | 7625 Dean Martin Drive, Suite 110 |
| | Las Vegas, Nevada 89139 |
| *Attorneys for First Horizon Home Loans and Nationstar Mortgage, LLC* | Telephone: (702) 485-3300 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

IT IS HEREBY ORDERED that Nationstar Mortgage, LLC is hereby dismissed from this action. Each side to bear their own attorneys fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: July 15, 2019.